# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **LINDA BIERLEY** | ) | Case No: 1:13-cv-556 |
| **Plaintiff,** | ) | |
| | ) | District Judge _____ |
| -v- | ) | |
| | ) | |
| **THOMSON REUTERS GROUP** | ) | |
| **PENSION PLAN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

James R. Matthews of the law firm Keating Muething & Klekamp PLL hereby gives notice of his appearance as trial counsel in this matter for Defendants Thomson Reuters Group Pension Plan and Thomson Reuters Holding Inc. Counsel's contact information appears below.

Respectfully submitted,

/s/ *James R. Matthews*
James R. Matthews (0043979)
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6507
Fax: (513) 579-6457
jmatthews@kmklaw.com
*Attorney for Defendants*
*Thomson Reuters Group Pension Plan and*
*Thomson Reuters Holdings Inc.*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE was filed via the Court's CM/ECF system and, therefore, served upon all parties via their counsel of record this 10th day of October 2013.

                                          /s/ *James R. Matthews*
                                          James R. Matthews (0043979)

5149733.1